ACCEPTED
01-15-00646-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/2/2015 2:56:03 PM
CHRISTOPHER PRINE
CLERK

## NO. 01-15-00646-CR

| | | | |
|---|---|---|---|
| **ALAN DOMINGO DIAZ** | § | **IN THE** | FILED IN<br>1st COURT OF APPEALS<br>HOUSTON, TEXAS<br>12/2/2015 2:56:03 PM<br>CHRISTOPHER A. PRINE<br>Clerk |
| | § | | |
| **VS.** | § | **FIRST COURT** | |
| | § | | |
| **STATE OF TEXAS** | § | **OF APPEALS** | |

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

## TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Alan Domingo Diaz, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.     This case is on appeal from the 21st Judicial District Court of Washington County, Texas.

2.     The case below was styled the State of Texas vs. Alan Domingo Diaz, and numbered 16527.

3.     Appellant was convicted of aggravated assault.

4.     Appellant was assessed a sentence of ninety-nine (99) years confinement on July 10, 2014.

5.     Notice of appeal was given on July 24, 2015.

6.     The clerk's record was filed on September 14, 2015; the reporter's record was filed on November 3, 2015.

1

7. The appellate brief is due on December 3, 2015.

8. Appellant requests an extension of time of 30 days from the present date, i.e. January 2, 2015.

9. No extension to file the brief has been received in this cause.

10. Defendant is currently incarcerated.

11. Appellant relies on the following facts as good cause for the requested extension:

The undersigned has been involved in other matters and was not able to devote sufficient time to prepare the brief, including work on the following matters:

No. 14-15-00644-CV; *In the Interest of M.G., B.G., S.G., and A.Z., Children;* In the Fourteenth Court of Appeals, brief filed on November 17, 2015;
Cause No. CCL-5861; *In the Interest of N.H.D. and S.A.D;* In the Washington County Court at Law, set for final hearing on November 17, 2015;
Cause No. 17,289; State of Texas v. Stephen Maurer; In the 21st District Court of Washington County, final hearing November 18, 2015;
Cause No. 15,200; State of Texas v. Melissa Krueger; In the 21st District Court of Washington County, final hearing November 18, 2015.
No. 14-15-00644-CV; *In the Interest of M.G., B.G., S.G., and A.Z., Children;* In the Fourteenth Court of Appeals, brief filed on November 17, 2015.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

LAW OFFICE OF MARY HENNESSY
P.O. Box 2536
Brenham, Texas 77834
Tel: (979) 277-0757
Fax: (979) 421-8226

By: /S/  MARY HENNESSY
Mary Hennessy
State Bar No. 09472300
mhennessy.attorney@gmail.com
Attorney for Alan Domingo Diaz

## CERTIFICATE OF SERVICE

This is to certify that on December 2, 2015, a true and correct copy of the above and foregoing document was served on the Burleson County District Attorney, by electronic service.

/S/ MARY HENNESSY
Mary Hennessy